UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

          Petitioner,

v.

STATE OF WASHINGTON, et al.,

          Respondents.

NO. C15-944 RSM

ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE MATTER AND TO STRIKE ANY PENDING MOTIONS

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as moot. *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997).

3. The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

DATED this 17th day of July 2015.

                                  RICARDO S. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

ORDER - 1